1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   DIONNE SINGLETON

7                UNITED STATES DISTRICT COURT
8             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,    | Case No. 1:16-CR-00175 DAD-BAM
11 |            Plaintiff,
12 |       v.                     | STIPULATION AND ORDER TO
                                    CONTINUE SENTENCING HEARING
13 | DIONNE SINGLETON ,
14 |            Defendants.
15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17 DROZD AND KIMBERLY SANCHEZ AND CHRISTOPHER BAKER, ASSISTANT UNITED

18 STATES ATTORNEYS:

19      **COMES NOW** Defendant, DIONNE SINGLETON, by and through his attorney of

20 record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

21 Monday, December 10, 2018 be continued to February 4, 2019.

22      The Change of plea hearing took place on September 24, 2018. Shortly thereafter I left the

23 country on a prepaid vacation from October 5, 2018 through October 23, 2018.  Prior to leaving I

24 was consumed with trial preparation in a homicide that that is scheduled to commence upon my

25 return. I did not have the opportunity schedule or attend the probation interview with USPO Ross

26 Micheli.  I am requesting that the sentencing be continued to February 4, 2019 and the PSI

27 deadlines are as follows:

28      //

                                    1

| | |
|---|---|
| Draft PSR provided to parties: | 12/21/2018 |
| Objections to Draft PSR: | 1/7/2019 |
| Final PSR filed with the Court: | 1/14/2019 |
| Formal objections and sentencing memo due: | 1/21/2019 |

I have spoken to AUSA's Kimberly Sanchez and Christopher Baker and they have no objection to the continuance. I have also been in communication with USPO Ross Micheli, who also does not object to the continuance.

**IT IS SO STIPULATED.**

DATED: 10/18/2018

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DIONNE SINGLETON

DATED:10/18/2018

*/s/Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

DATED:10/18/2018

*/s/Christopher Baker*
CHRISTOHER BAKER
Assistant U.S. Attorney

# **ORDER**

IT IS HERBY ORDERED that the sentencing hearing be continued to February 4, 2019 and the deadlines for the PSI are as follows:

| | |
|---|---|
| Draft PSR provided to parties: | 12/21/2018 |
| Objections to Draft PSR: | 1/7/2019 |
| Final PSR filed with the Court: | 1/14/2019 |
| Formal objections and sentencing memo due: | 1/21/2019 |

IT IS SO ORDERED.

Dated: **October 19, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE